IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

REAVIS KENDRICK,

      Appellant,

                                    Case No.  5D22-181
v.                                  LT Case No. 2021-CC-1135

THOMAS LEA,

      Appellee.

_____/

Decision filed July 12, 2022

Appeal from the County Court
for Marion County,
Lori Cotton, Judge.

Reavis Kendrick, Ocala, pro se.

Courtney Durham, of Courtney D.
Durham, P.A., Ocala, for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and EISNAUGLE, JJ., concur.